E-FILED
Thursday, 12 May, 2005  03:31:22 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** April 30, 2001

**TO:** John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

**FROM:** Gino J. Agnello, Clerk

**RE:** 00-2163
Harding, John W. v. Compton, Bobby
99 C 1367, Michael M. Mihm, Judge

**FILED**

MAY 1 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The mandate or agency closing letter in this cause issued on 04/29/01.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
                                  Deputy Clerk, U.S. District Court
(1073-042591)                     or Agency Representative

John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

00-2163

------------------------------
(fold)

Enclosed is a copy of a document issued by this court in the following captioned case. Since this will be the only copy your firm/office will receive, if applicable, please circulate this order to other members of your firm/office who may have an interest in this case.

*This record is being sent to you NOW because it was sent to the wrong Court — 4 yrs ago!*

------------------------------
(fold)

*Sorry, The Court*